# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL HOMEWOOD, et al,** | : | **NO.: 3:21-CV-00041-JCH** |
| | : | |
| **v.** | : | |
| | : | |
| **TOWN OF WOLCOTT, et al.** | : | **JANUARY 7, 2022** |

## MOTION TO STAY

Plaintiffs Michael Homewood and 47 North Properties, LLC, move to stay discovery and pleading deadlines pursuant to the Court's Scheduling Order [Doc. 37] entered August 3, 2021, pending the appointment of a fiduciary to the Estate of Michael Homewood:

1. Plaintiff Michael Homewood passed away December 9, 2021 from a COVID related illness.

2. As of the date of this motion, no executor or fiduciary has been appointed for Mr. Homewood's Estate.

3. Accordingly, the Plaintiffs seek to stay the Scheduling Order for 60 days pending the appointment of a fiduciary for the Estate.

4. Counsel for the Defendants have consented to this motion.

WHEREFORE, Plaintiffs pray the Court grant this motion.

THE PLAINTIFF,

By: /s/ A. Paul Spinella_____
A. Paul Spinella, Esq (ct00087)
Spinella & Associates
One Lewis Street
Hartford, CT 06103
(860) 728-4900 Tel.
(860) 728-4909 Fax
attorneys@spinella-law.com

## CERTIFICATE OF SERVICE

   I hereby certify that on January 7, 2022, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to the names and addresses of anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:  */s/ A. Paul Spinella (ct00087)*
   A. Paul Spinella