UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HOMEWOOD, ET AL | : | NO.: 3:21-cv-00041-JCH |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WOLCOTT, ET AL | : | MARCH 9, 2022 |

## MOTION TO SUBSTITUTE PARTY-PLAINTIFF

Pursuant to Fed.R.Civ.P.25, plaintiffs move to substitute Sara Zoghel, Executor of the Estate of Michael Homewood, as party plaintiff in place of Michael Homewood, who passed away December 9, 2021. Notice of Homewood's death was provided to the Defendants contemporaneously with the filing of this motion as required by Fed.R.Civ.P. 25(a). Accordingly, the Plaintiffs pray that the Court grant this motion.

By: _____
A. Paul Spinella, Esq (ct00087)
Spinella & Associates
One Lewis Street
Hartford, CT 06103
(860) 728-4900 Tel.
(860) 728-4909 Fax
attorneys@spinella-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to the names and addresses of anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ A. Paul Spinella (ct00087)*
   A. Paul Spinella

1